DENTON, Respondent, v. WEEKS et al., Appellants.

(Common Pleas of New York City and County, General Term. February 28, 1894.)

Appeal from second district court.
Action by Fanny Denton and another against Henry C. Weeks and others.
Argued before BISCHOFF and GIEGERICH, JJ.
Stewart & Macklin, for appellants.
J. M. Blakely, for respondent.
No opinion. Judgment affirmed, with costs.

---

EAST SIDE EXCHANGE, Appellant, v. HOWWITZ, Respondent.

(Common Pleas of New York City and County, General Term. February 28, 1894.)

Appeal from fourth district court.
Action by the East Side Exchange against Jacob Howwitz.
Argued before BISCHOFF and GIEGERICH, JJ.
C. H. Smith, for appellant.
J. Barnett, for respondent.
No opinion. Judgment affirmed, with costs.

---

ROTHMAN, Respondent, v. PRUDENTIAL INS. CO., Appellant.

(Common Pleas of New York City and County, General Term. February 28, 1894.)

Appeal from ninth district court.
Action by Max Rothman against the Prudential Insurance Company.
Argued before BISCHOFF and GIEGERICH, JJ.
W. O. Campbell, for appellant.
J. L. Weinberg, for respondent.
No opinion. Judgment affirmed, with costs.

---

SHAPIRO, Appellant, v. STEUERWALD, Respondent.

(Common Pleas of New York City and County, General Term. February 28, 1894.)

Appeal from fourth district court.
Action by Leib Shapiro against Peter Steuerwald.
Argued before BISCHOFF and GIEGERICH, JJ.
M. J. Gretsch, for appellant.
M. Strassman, for respondent.
No opinion. Judgment reversed, new trial ordered, with costs to appellant to abide the event.